IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14MJ3057 |
| vs. | |
| ADRIAN MONTOYA CARLOS, | TEMPORARY DETENTION ORDER |
| Defendant. | |

Pending the detention hearing in this case scheduled for September 30, 2014,

IT IS ORDERED:

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

September 11, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge