IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3109 |
| vs. | |
| ADRIAN MONTOYA CARLOS, | MEMORANDUM AND ORDER |
| Defendant. | |

The Court has received the defendant's reply (filing 74) to the Court's Memorandum and Order (filing 73) directing the defendant to show cause why his motion to vacate under 28 U.S.C. § 2255 (filing 71) should not be dismissed as untimely pursuant to § 2255(f). The defendant's filing generally advances arguments relating to the merits of his motion to vacate, complaining about his sentence and the performance of his attorney. *See* filing 74. But what it does not do is set forth any basis for finding that the statute of limitations for his motion was equitably tolled. *See Muhammad v. United States*, 735 F.3d 812, 815 (8th Cir. 2013); *see also*, *Deroo v. United States*, 709 F.3d 1242, 1246 (8th Cir. 2013); *Byers v. United States*, 561 F.3d 832, 836-37 (8th Cir. 2009); *Anjulo-Lopez v. United States*, 541 F.3d 814, 817-18 (8th Cir. 2008); *compare United States v. Martin*, 408 F.3d 1089, 1093-95 (8th Cir. 2005).

Accordingly, the Court finds that the defendant's § 2255 motion is untimely, and it will be dismissed.

IT IS ORDERED:

1. The defendant's § 2255 motion (filing 71) is dismissed.

2. A separate judgment will be entered.

Dated this 31st day of May, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge