IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3109 |
| vs. | |
| ADRIAN MONTOYA CARLOS, | JUDGMENT |
| Defendant. | |

In accordance with the Court's Memorandum and Order of May 11, 2017 (filing 73) and the accompanying Memorandum and Order, the defendant's pro se motion to vacate under 28 U.S.C. § 2255 (filing 71) is dismissed.

Dated this 31st day of May, 2017.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge