IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3109 |
| vs. | |
| ADRIAN MONTOYA CARLOS, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on correspondence from the defendant that the Court has filed as a motion to reduce sentence. Filing 81. The defendant's motion will be denied. The defendant's motion is substantially identical to the motion to reduce sentence (filing 79) that the Court received on May 4, and denied on May 7. *See* filing 80. For the reasons explained in the Court's May 7 order (filing 80), the defendant's arguments for a sentence reduction are without merit.

The only new point the defendant makes in his latest motion is a citation to *United States v. Perlaza-Ortiz*, in which the Fifth Circuit held that a Texas conviction for "deadly conduct" was not a "crime of violence" for purposes of sentence enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(ii) (2015). 869 F.3d 375, 379 (5th Cir. 2017). But that decision has no bearing on the defendant's case: the defendant was not convicted of illegal reentry, which is the charge to which § 2L1.2 applies, nor was the defendant's offense conduct enhanced for a "crime of violence" under any definition pursuant to any other guideline or statute. *See* filing 64. Accordingly,

    IT IS ORDERED that the defendant's motion to reduce sentence (filing 81) is denied.

Dated this 16th day of May, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge